UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN GILMORE,<br><br>    Plaintiff,<br><br>v.<br><br>MARIA LOPEZ, et al.,<br><br>    Defendants. | Case No. 17-CV-03024-LHK<br><br>**ORDER TO SHOW CAUSE WHY MOTION FOR SUMMARY JUDGMENT SHOULD NOT BE GRANTED**<br><br>Re: Dkt. No. 24 |

On May 10, 2018, Defendants Hidalgo, Liberatore, and Lopez filed a motion for partial summary judgment based on failure to exhaust available administrative remedies as required by the Prison Litigation Reform Act. ECF No. 24. Pursuant to Civil Local Rule 7-3, any opposition or a statement of non-opposition was due "not more than 14 days after the motion was filed." Thus, any opposition or statement of non-opposition was due on May 24, 2018. As of June 4, 2018, Plaintiff has not filed an opposition or statement of non-opposition to the motion for partial summary judgment. Accordingly, the Court hereby ORDERS Plaintiff to show cause why the motion for partial summary judgment should not be granted. Plaintiff shall file a written response to this order to show cause by Wednesday, June 6, 2018 at 12:00 p.m. and shall appear at an order to show cause hearing on Wednesday, June 6, 2018 at 2:00 p.m. Failure to file a written response

1

and to appear at the hearing shall result in a grant of the pending motion for partial summary judgment.

**IT IS SO ORDERED.**

Dated: June 4, 2018

_____
LUCY H. KOH
United States District Judge